**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULAINE SOLOMON, | No. 11-35396 |
| Plaintiff - Appellant, | D.C. No. 3:11-cv-05114-RBL |
| v. | |
| SOCIAL SECURITY ADMINISTRATION; PIERCE COUNTY, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted September 10, 2012[**]

Before:      WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Julaine Solomon appeals pro se from the district court's order denying her

motion to reconsider in her action against the Social Security Administration and

Pierce County.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the district court's order denying a motion to reconsider.  *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  We affirm.

The district court did not abuse its discretion by denying Solomon's motion to reconsider because Solomon failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other basis for relief from judgment.  *See* Fed. R. Civ. P. 60(b); *Sch. Dist. No. 1J*, 5 F.3d at 1263.

To the extent that they seek relief, Solomon's pending motions are denied.

**AFFIRMED.**